No. 95–7845.  HADLEY v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–7856.  MISEK-FALKOFF v. INTERNATIONAL BUSINESS MACHINES CORP.  C. A. 2d Cir.  Certiorari denied.

No. 95–7876.  SELLERS v. BOYD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–7888.  DOWNS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–7889.  HAUSER v. INTERNAL REVENUE SERVICE.  C. A. 11th Cir.  Certiorari denied.

No. 95–7901.  BOOKER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–7902.  BRYANT v. UNITED STATES; and
No. 95–7994.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 68 F. 3d 1283.

No. 95–7908.  DAAS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–7911.  BLAIR v. IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 95–7913.  ROSS v. NORTON, ATTORNEY GENERAL OF COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–7916.  ANTONELLI v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 95–7921.  HENDRICKS v. CALDERON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 95–7922.  POWELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–7935.  SEARS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.